# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN ADKINS, JR., <br>     Petitioner, <br> v. <br> WARDEN ENGLEMAN, <br>     Respondent. | Case No. CV 22-1988 JLS (MRW) <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court engaged in a de novo review of those portions of the Report to which Petitioner objected. The Court accepts the findings and recommendation of the Magistrate Judge.

1 | IT IS ORDERED that the government's dismissal motion be granted and the action dismissed without prejudice.

DATE: October 24, 2022

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE