JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN ADKINS, JR.,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WARDEN ENGLEMAN,<br><br>　　　　Respondent. | Case No. CV 22-1988 JLS (MRW)<br><br>JUDGMENT |

　　Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

　　IT IS ADJUDGED that the action is dismissed without prejudice.

DATE: October 24, 2022

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　HON. JOSEPHINE L. STATON
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE